# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **CARLOS FLORES ARROYO,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| ) | Case No.: 4:13-cv-0647-CLS-JEO |
| **v.** ) | |
| ) | |
| **ERIC HOLDER, et al.,** ) | |
| ) | |
| **Respondents.** | |

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot (doc. 12), filed November 20, 2013. In their motion, Respondents note that Petitioner was removed from the United States on November 8, 2013. (Doc. 12-1). Because Petitioner has been removed, the court can no longer provide him with meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003).

Accordingly, Respondents' motion to dismiss as is due to be granted and the petition is due to be dismissed without prejudice. A separate Order will be entered.

DONE this 22nd day of November, 2013.

_____
United States District Judge